IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEZEL JONES,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-115-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that petitioner Dezel Jones's motion for vacation of his sentence pursuant to 28 U. S. C. § 2255 is denied as untimely.

_____    3/15/10
Peter Oppeneer, Clerk of Court    Date